ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*
*Diet Center LLC dba Heart Attack Grill and Jon Basso*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAIMEE LEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIET CENTER LLC dba HEART ATTACK GRILL, a Delaware Limited Liability Corporation; JON BASSO, an individual,<br><br>Defendants. | Case No.: 2:19-cv-00628-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff Jaimee Lee ("Plaintiff") and Defendants Diet Center LLC dba Heart Attack Grill and Jon Basso (collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Defendants to file a response to Plaintiff's Amended Complaint ("Complaint") (Exhibit C to ECF No. 1) from April 18, 2019 to May 2, 2019. Additional time is requested because Defendants' counsel will be traveling out of the country. This is the first request to extend the time for Defendants to respond to Plaintiff's Complaint.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

IT IS SO STIPULATED.

DATED this 12th day of April, 2019.

| REMPFER MOTT LUNDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Scott E. Lundy* | */s/ Erica J. Chee* |
| Joseph N. Mott | Anthony L. Martin |
| Scott E. Lundy | Erica J. Chee |
| 10091 Park Run Drive | 3800 Howard Hughes Parkway |
| Suite 200 | Suite 1500 |
| Las Vegas, NV 89145 | Las Vegas, NV 89169 |
| Telephone: 702.825.5303 | Telephone: 702.369.6800 |
| *Attorneys for Plaintiff Jaimee Lee* | *Attorneys for Defendants Diet Center LLC dba Heart Attack Grill and Jon Basso* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/15/2019