**Rempfer Mott Lundy, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com
Attorney for Plaintiff
**JAIMEE LEE**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **JAIMEE LEE,** an individual,<br><br>        **Plaintiff**,<br><br>vs.<br><br>**DIET CENTER LLC dba HEART ATTACK GRILL,** a Delaware Limited Liability Corporation; **JON BASSO,** an individual,<br><br>        **Defendant**. | Case No.: 2:19-cv-00628-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS TO REPLY**<br><br>**(FIRST REQUEST)** |

       Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Jaimee Lee ("Plaintiff") and Defendants Diet Center LLC dba Heart Attack Grill and Jon Basso (collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 9) from the current deadline of May 16, 2019, up to and including May 30, 2019. The parties also stipulate and agree to extend the time for Defendants to reply to Plaintiff's response from the current deadline of May 23, 2019, up to and including June 13, 2019.  Additional time is being requested



1   because the Court has set the Early Neutral Evaluation in this case for May 22, 2019, and if the

2   parties are able to successfully resolve this matter, Defendants' Motion to Dismiss would be

3   moot. This is the parties' first request to extend these deadlines to respond.

4           This requested extension of time is sought in good faith and not for the purpose of causing

5   undue delay.

6           IT IS SO STIPULATED.

7   Dated this 10th day of May, 2019.

8

9   REMPFER MOTT LUNDY, PLLC                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART

10  /s/ Joseph N. Mott                         /s/ Erica J. Chee

11  Joseph N. Mott                             Anthony L. Martin
    Nevada Bar No. 12455                       Nevada Bar No. 8177

12  Scott E. Lundy                             Erica J. Chee
    Nevada Bar No. 14235                       Nevada Bar No. 12238

13  Attorneys for Plaintiff                    Attorneys for Defendants
    **Jaimee Lee**                             **Diet Center LLC dba Heart Attack Grill**

14                                             **and Jon Basso**

15

16                              <u>**ORDER**</u>

17      IT IS SO ORDERED.

18  Dated this ___10___ day of May, 2019.

19

20  _____

21      Gloria M. Navarro, Chief Judge
        UNITED STATES DISTRICT COURT

22

23

24

25

26

27

Page 2 of 2



*Rempfer Mott Lundy, PLLC*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 8254413*
*Info@rmllegal.com*