1  **REMPFER MOTT LUNDY, PLLC**
   JOSEPH N. MOTT
2  Nevada Bar No. 12455
   SCOTT E. LUNDY
3  Nevada Bar No. 14235
4  10091 Park Run Dr., Ste. #200
   Las Vegas, NV 89145-8868
5  T: (702) 825-5303
6  F: (702) 825-4413
   Joey@rmllegal.com
7  Scott@rmllegal.com
   Attorney for Plaintiff
8  JAIMEE LEE

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **JAIMEE LEE,** an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**DIET CENTER LLC dba HEART ATTACK GRILL,** a Delaware Limited Liability Corporation; **JON BASSO,** an individual,<br><br>　　　　　　Defendant. | Case No.: 2:19-cv-00628-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS TO REPLY**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Jaimee Lee ("Plaintiff") and Defendants Diet Center LLC dba Heart Attack Grill and Jon Basso (collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion to Strike Portions of Plaintiff's First Amended Complaint (ECF No. 10) from the current deadline of May 16, 2019, up to and including May 30, 2019. The parties also stipulate and agree to extend the time for Defendants to reply to Plaintiff's response from the current deadline of May 23, 2019, up to and including June 13, 2019.  Additional time is being



requested because the Court has set the Early Neutral Evaluation in this case for May 22, 2019, and if the parties are able to successfully resolve this matter, the Motion to Strike would be moot. This is the parties' first request to extend these deadlines.

This requested extension of time is sought in good faith and not for the purpose of causing undue delay.

IT IS SO STIPULATED.

Dated this 10th day of May, 2019.

| | |
|---|---|
| REMPFER MOTT LUNDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART |
| /s/ Joseph N. Mott | /s/ Erica Chee |
| Joseph N. Mott | Anthony L. Martin |
| Nevada Bar No. 12455 | Nevada Bar No. 8177 |
| Scott E. Lundy | Erica J. Chee |
| Nevada Bar No. 14235 | Nevada Bar No. 12238 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| **Jaimee Lee** | **Diet Center LLC dba Heart Attack Grill and Jon Basso** |

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2019.

_____
UNITED STATES MAGISTRATE JUDGE



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com