**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com
Attorney for Plaintiff
JAIMEE LEE

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAIMEE LEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIET CENTER LLC dba HEART ATTACK GRILL, a Delaware Limited Liability Corporation; JON BASSO, an individual,<br><br>Defendant. | Case No.: 2:19-cv-00628-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS TO REPLY**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Jaimee Lee ("Plaintiff") and Defendants Diet Center LLC dba Heart Attack Grill and Jon Basso (collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 9) from the current deadline of May 30, 2019, up to and including June 10, 2019. The parties also stipulate and agree to extend the time for Defendants to reply to Plaintiff's response from the current deadline of June 13, 2019, up to and including June 24, 2019. Additional time is being requested



because the parties participated in an Early Neutral Evaluation on May 22, 2019. And whereas the ENE was not successful, parties have continued settlement negations and hare hopeful that they may resolve this matter. This is the parties' second request to extend these deadlines.

This requested extension of time is sought in good faith and not for the purpose of causing undue delay.

IT IS SO STIPULATED.

Dated this 24th day of May, 2019.

| | |
|---|---|
| REMPFER MOTT LUNDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART |
| /s/ Joseph N. Mott | /s/ Erica J. Chee |
| Joseph N. Mott | Anthony L. Martin |
| Nevada Bar No. 12455 | Nevada Bar No. 8177 |
| Scott E. Lundy | Erica J. Chee |
| Nevada Bar No. 14235 | Nevada Bar No. 12238 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| **Jaimee Lee** | **Diet Center LLC dba Heart Attack Grill and Jon Basso** |

**ORDER**

IT IS SO ORDERED.

DATED this __5__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com